UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

AUG 2 8 2009

In re                                    )
                                         )
**Keith Allen Wray,**                    )    Case No: **08-60002-aer7**
**Laura Michelle Wray,**                 )
                                         )    LIST OF CREDITORS
Debtor(s).                               )    ENTITLED TO SMALL DIVIDENDS

    I, the undersigned case trustee for this estate, certify that the following creditors were entitled to under $5.00 if a Chapter 7 case or $15.00 if a Chapter 12 or 13 case, and that attached hereto is a check in the amount of $4.21  (i.e., the total of all dividends listed below) which should be deposited by the Clerk in the U. S. Treasury pursuant to Bankruptcy Rule 3010:

| CLAIM NO: | CREDITOR NAME/ADDRESS | DIVIDEND |
|---|---|---|
| 2 | Roundup Funding, LLC<br>MS 550<br>POB 91121<br>Seattle, WA 98111-9221 | $ 4.21 |
|   | TOTAL: | $ 4.21 |

DATED: __August 27, 2009__ .

_____
Trustee

393 (6/29/94)